**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-62140-LEIBOWITZ**

**LADY ANDREA CHAVERRO AGUDELO**,

*Petitioner,*

*v.*

**GARRETT RIPA, *et al.*,**

*Respondents.*
______________________________________/

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** comes before the Court on Petitioner Lady Andrea Chaverro Agudelo's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition") [ECF No. 1], filed August 4, 2026. Respondents argue, *inter alia*, that the Petition is premature and must be dismissed due to Petitioner's failure to exhaust administrative remedies. [ECF No. 13 at 3–6]. For the reasons explained below, the Petition is **DISMISSED** without prejudice due to Petitioner's failure to exhaust administrative remedies.

Petitioner challenges Respondents' refusal to provide an individualized custody determination pursuant to 8 U.S.C. § 1226(a) and seeks immediate release from detention under reasonable conditions of supervision or an individualized bond hearing before an immigration judge. [ECF No. 1 at 13]. Respondents concede that the statutory authority for Petitioner's detention is 8 U.S.C. § 1226(a), [ECF No. 13 at 3], but argue that the Petition should be dismissed because Petitioner has failed to exhaust administrative remedies by not properly requesting a bond hearing in her immigration proceedings. [ECF No. 13 at 3–6].

The Court agrees with Respondents. Petitioner must exhaust administrative remedies by properly requesting a bond hearing before an immigration judge before seeking relief in this Court.

*See Portillo v. Gualtieri*, No. 8:26-CV-1718-KKM-LSG, 2026 WL 2069943, at *2 (M.D. Fla. July 17, 2026). Accordingly, the Petition is premature and must be dismissed. *See Santiago-Lugo v. Warden*, 785 F.3d 467, 475 (11th Cir. 2015) (stating that a federal court may not "disregard a failure to exhaust and grant relief on the merits if the respondent properly asserts the defense").

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition [**ECF No. 1**] is **DISMISSED** without prejudice for Petitioner's failure to exhaust administrative remedies.
2. The portion of the Court's August 14, 2026, Order administratively staying Petitioner's removal proceedings and prohibiting Petitioner's transfer or removal from the Southern District of Florida until further order of the Court [**ECF No. 5 at 1**] is **LIFTED**.
3. This case is **CLOSED**, and all pending motions, including [**ECF No. 11**], are **DENIED AS MOOT**.
4. The ***Clerk*** is *directed* to mail a copy of this Order to Petitioner.

**DONE AND ORDERED** in the Southern District of Florida on August 31, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Lady Andrea Chaverro Agudelo, *Pro Se*
A# 236333788
ICE-ERO Center Miramar
Inmate Mail/Parcel
2805 SW 145th Avenue
Miramar, FL 33027